UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH GLEN BLUE,

                Petitioner,

  v.

JAMES KEY,

                Respondent.

Case No. 2:21-cv-00172-RAJ-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1)     The Magistrate Judge's report and recommendation is approved and adopted;

(2)     Petitioner's federal habeas corpus petition is DISMISSED with prejudice; and

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(3) The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 10th day of June, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2